AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  New Jersey

Michael Dasrath

V.                                            **SUMMONS IN A CIVIL CASE**

Continental Airlines, Inc.

CASE NUMBER:   02-2683 (DRD)

TO: (Name and address of Defendant)
Continental Airlines, Inc.
1600 Smith Street, P.O. Box 4607
Houston, Texas 77002
C/O Corporation Trust Co.
820 Bear Tavern Road
West Trenton, NJ 08628

RECEIVED

JUL 3 1 2002
                                    M
                        ......., CLERK

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward L. Barocas
American Civil Liberties Union of New Jersey
35 Halsey Street, Suite 4B                      **FILED**
Newark, NJ 07102

JUL 3 1 2002

AT 8:30 ............... M
WILLIAM T. WALSH
CLERK

an answer to the complaint which is served on you with this summons, within ___twenty(20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

DATE    7/2/02

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 7-11-02 |
| NAME OF SERVER (PRINT) CARL KORNBLUTH | TITLE NJ Lawyers Service | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 820 Bear Tavern Rd, W. Trenton, NJ, by personally serving Leslie Lofton, Agent,

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL N/A | SERVICES $10.00 | TOTAL $10.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7-12-02___       _____
             Date                Signature of Server

P.O. Box 36, Union, NJ 07083
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED

JUL ? ? 2002

ACLU-NJ